## WELLMAN v. THE HIDEAWAY

No. 71P83.

Case below: 59 N.C. App. 739.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 March 1983.

PETITIONS TO REHEAR

## NCNB v. VIRGINIA CAROLINA BUILDERS

No. 372PA82.

Case below: 307 N.C. 563.

Petition by plaintiff to rehear denied 8 March 1983.

## WALTERS v. WALTERS

No. 30PA82.

Case below: 307 N.C. 381.

Petition by plaintiff to rehear denied 8 March 1983.

## WILLIAMS v. BETHANY FIRE DEPT.

No. 327PA82.

Case below: 307 N.C. 430.

Petition by plaintiffs to rehear denied 8 March 1983.